IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Niagell Rashad Smith Parks, | ) | Case No. 7:26-cv-01046-JDA-MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| Sheriff A. Ezzelarb, *Shield 0650*; | ) | |
| David James Turner; Judge Pete | ) | |
| Diamadrous, *Shield 5079*; State of | ) | |
| South Carolina; Amy W. Cox, *Clerk of* | ) | |
| *Court Spartanburg County*; Mabry C.; | ) | |
| Byrd S., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a pretrial detainee proceeding pro se, filed a Complaint alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983 related to a purported incident at the Spartanburg County Courthouse.  [Doc. 1.]  Upon reviewing the initial filings, the Court issued an Order notifying Plaintiff that the Court could not authorize service of the Complaint because Plaintiff failed to pay the requisite filing fee or submit a fully completed application to proceed without prepayment of fees.  [Doc. 7 at 1–2.]  In addition, Plaintiff did not submit a completed set of proposed service documents for the intended Defendants.  [*Id* at 2.]  Finally, the Court warned Plaintiff that his brief allegations plainly failed to state a plausible claim to relief.  [*Id.* at 3–4.]

In light of Plaintiff's pro se status, the Court afforded Plaintiff 21 days, plus three days for mail time, to submit the outstanding proper form documents and an Amended Complaint.  The Order warned Plaintiff that if he did not comply with the Court's instructions within the time permitted, his case would be dismissed for failure to prosecute

and comply with an Order of this Court pursuant to Rule 41 of the Federal Rules of Civil Procedure.  [*Id.*]  Despite this warning, Plaintiff still has not brought his case into proper form or otherwise responded to the Court's instructions, and the time to do so has lapsed. This case is therefore DISMISSED pursuant to Rule 41 of the Federal Rules of Civil Procedure.  *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

     IT IS SO ORDERED.

s/ Jacquelyn D. Austin
United States District Judge

August 13, 2026
Charleston, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.